SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
SCHNITZER JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRODIUS DESHONE REESE,

Plaintiff,

vs.

MARKET EXPRESS, LLC, a foreign limited liability company; DOE DRIVER; DOES I through X, ROE BUSINESS ENTITIES I through X, inclusive

Defendants.

Case No.: 2:26-cv-00546-EJY

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES BY THIRTY (30) DAYS (SECOND REQUEST)**

COMES NOW, Defendant MARKET EXPRESS, LLC (hereinafter "Defendant"), by and through its counsel of record, the law firm of SCHNITZER JOHNSON & WATSON, CHTD., and Plaintiff, BRODIUS DESHONE REESE, by and through their counsel of record, HICKS & BRASIER, PLLC, and hereby submit this Stipulation and Order to Extend the Discovery Deadlines.

This is the second stipulation to extend the discovery deadlines, and this stipulation is presented to the Court in advance of the currently calendared close of discovery on January 4, 2027. As is more fully explained below, the Parties stipulate to and respectfully request that this Court extend the discovery and the associated deadlines in this matter.

## I. RELEVANT PROCEDURAL HISTORY

1. On January 26, 2026, Plaintiff initiated this action by filing his Complaint in the Eighth Judicial District, Clark County, State of Nevada Case No. A-26-937947-C.

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

2. On February 27, 2026, Defendants filed a Notice of Removal [ECF No. 1] to the United States District Court, for the District of Nevada, pursuant to 28 U.S.C. sections 1332 and 1441(b).

3. On April 20, 2026, Plaintiff filed a Stipulated Discovery Plan and Scheduling Order [ECF No. 13], which was entered on April 20, 2026, [ECF No. 14].

4. On May 21, 2026, Plaintiff served his Initial Disclosure of Witnesses and Documents.

5. On June 15, 2026, Defendant served its Initial Disclosure of Witnesses and Documents.

6. On July 15, 2026, Defendant served its Notice of Issuance of Subpoenas Duces Tecum to Plaintiff's treating medical providers.

7. On July 17, 2026, Defendant served its First Set of Interrogatories upon Plaintiff.

8. On August 17, 2026, Plaintiff served his First Supplement to Initial Disclosure of Witnesses and Documents.

9. On August 17, 2026, Defendant served its First Set of Requests for Production of Documents upon Plaintiff.

10. On August 21, 2026 Plaintiff served its First Set of Interrogatories upon Defendant.

11. On August 21, 2026 Plaintiff served its First Set of Requests for Production of Documents upon Plaintiff.

12. On September 8, 2026, Defendant served a Notice of Videotaped Deposition of Plaintiff to take Plaintiff's deposition on September 29, 2026.

13. On September 14, 2026, Defendant served a Notice of Independent Medical Examination to conduct Plaintiff's FRCP Rule 35 Examination on October 26, 2026.

## II. LEGAL STANDARD

Fed. R. Civ. P. Rule 6(b)(1) governs extensions of time and allows, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." If additional time for any purpose is needed, the proper procedure is to present a request for extension of time before the time fixed has expired. *Canup v.*

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

*Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D. Pa. 1962). An extension of time may always be sought and is usually granted on a showing of good cause if timely made under subdivision (b)(1) of [FRCP 6]. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). Also, a district court possesses the inherent power to control its own docket. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

LR IA 6-1 additionally requires that a motion to extend time must state the reasons for the extension requested and will not be granted if requested after the expiration of the specified period unless the movant demonstrates that the failure to file the motion before the deadline expired resulted because of excusable neglect. LR 26-3 requires that a motion to extend any date set by the discovery plan, scheduling order, or other order must, as well as satisfying the requirements of LR IA 6-1, demonstrate good cause for the extension, and such a motion filed after the expiration of the deadline will not be granted unless the movant demonstrates that the failure to act resulted from excusable neglect.

Finally, LR 26-3 lists four factors that are considered upon adjudication of a motion to extend a discovery deadline: (a) a statement specifying the discovery completed; (b) a specific description of the discovery that remains to be completed; (c) the reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and (d) a proposed schedule for completing all remaining discovery.

## III. ARGUMENT

### A. The Four Factors Contained Within LR 26-3 Are Satisfied, and the Parties Show Good Cause for Modifying the Scheduling Order.

#### 1. Discovery Completed to Date:

Pursuant to FRCP 26(a)(1), Plaintiff and Defendant exchanged their respective Initial Disclosures of persons likely to have discoverable information; documents, electronically stored information, and tangible things; computations of damages, and applicable insurance coverage. Plaintiff has also supplemented his Initial Disclosures. Furthermore, the parties have propounded written discovery. Lastly, Defendant has issued Subpoenas Duces Tecum to Plaintiff's treating

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

medical providers to obtain the medical records relevant to the subject incident. Additionally, Defendant has noticed Plaintiff's deposition and FRCP 35 Examination.

**2. Discovery Remaining:**

1. Defendant will take the deposition of Plaintiff on September 29, 2026.
2. Plaintiff will undergo an FRCP Rule 35 Examination on October 26, 2026.

**4. Reasons Why Deadline Will Not be Satisfied or Remaining Discovery Cannot Be Completed Within Current Time Limits:**

Defendant's expert has indicated that he will produce the FRCP Rule 35 Examination report within thirty days of the examination taking place. As such, Plaintiff's expert will not have sufficient time to review the report prior to the deadline to disclose Initial Expert reports. Accordingly, a thirty-day extension of discovery deadlines is necessary to ensure that all parties have the relevant documents in order to prepare their expert opinions.

Both Plaintiff and Defendant continue to diligently prosecute and defend this action, respectively, and believe it is in the interests of justice that this stipulation be granted. Neither party will be prejudiced by this extension of the various deadlines.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

**4. Proposed Schedule for Completing Remaining Discovery:**

| Event | Current Deadlines | Proposed New Deadlines |
|---|---|---|
| Deadline to Amend Pleadings/Add Parties | October 5, 2026 | **November 4, 2026** |
| Deadline to Disclose Experts | November 2, 2026 | **December 2, 2026** |
| Interim Status Report | November 3, 2026 | **December 3, 2026** |
| Deadline for Rebuttal Experts | December 4, 2026 | **January 4, 2026** |
| Discovery Cutoff | January 4, 2027 | **February 3, 2027** |
| Dispositive Motion Deadline | February 1, 2027 | **March 3, 2027** |
| Joint Pretrial Order Deadline | March 5, 2027 | **April 4, 2027** |

**IT IS SO STIPULATED.**

Dated this 15th day of September, 2026.

**SCHNITZER JOHNSON WATSON, & CHTD.**

*/s/ Tyler J. Watson, Esq.*
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Attorneys for Defendant

Dated this 15th day of September, 2026.

**HICKS & BRASIER, PLLC**

*/s/ Nicole C. Bolick, Esq.*
Alison M. Brasier, Esq.
Nicole C. Bolick, Esq.
Hicks & Brasier, PLLC
2630 S. Jones Blvd.
Las Vegas, NV 89146
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated: September 15, 2026

UNITED STATES MAGISTRATE JUDGE